## DiPaolo *v.* Huggins, Appellant.

Argued March 22, 1966. *Mark E. Garber, Jr.,* with him *Garber and Garber,* for appellant; *George F. Douglas, Jr.,* with him *Hurwitz, Klein, Meyers and Benjamin,* and *Faller and Douglas,* for appellees.

Order affirmed.

WRIGHT, J., dissented.

## Friedman *v.* Egnal, Appellant.

Argued March 22, 1966. *Michael H. Egnal,* appellant, in propria persona; *Howard Wallner,* with him *Albert H. Friedman,* for appellees.

Order affirmed.

WRIGHT, J., dissented.